JS 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Defendant. | CASE NO: CV 11-8125 DSF (FFM) <br><br><br> **JUDGMENT** |
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> vs. <br><br> NATIONAL CONTINENTAL INSURANCE COMPANY <br><br> Counterdefendant. | |

Having considered all of the evidence and memoranda submitted, and having granted summary judgment in favor of defendant/counterclaimant Williamsburg National Insurance Company, it is ORDERED, ADJUDGED, AND DECREED that plaintiff/ counterdefendant National Continental Insurance Company take nothing on its complaint and that defendant/counterclaimant Williamsburg National

1  Insurance Company recover $7,063 on its counterclaim, plus its costs of suit
2  pursuant to a bill of costs.
3
4
5  DATED:   10/2/12
6                                              _____
7                                                          Dale S. Fischer
                                                        U.S. District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] JUDGMENT