JS 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>    Defendant.<br><hr>WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>vs.<br><br>NATIONAL CONTINENTAL INSURANCE COMPANY<br><br>    Counterdefendant. | CASE NO: CV 11-8125 DSF (FFM)<br><br><br><br>**JUDGMENT** |

    Having considered all of the evidence and memoranda submitted, and having granted summary judgment in favor of defendant/counterclaimant Williamsburg National Insurance Company, it is ORDERED, ADJUDGED, AND DECREED that plaintiff/ counterdefendant National Continental Insurance Company take nothing on its complaint and that defendant/counterclaimant Williamsburg National


1  Insurance Company recover $7,063 on its counterclaim, plus its costs of suit
2  pursuant to a bill of costs.
3
4
5  DATED: 10/2/12
6
7                                                    _____
                                                     Dale S. Fischer
                                                     U.S. District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28